

09 Civ. 3125 (GEL)

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK )

## AFFIDAVIT OF EDWARD T. STEIN

EDWARD T. STEIN, being duly sworn, hereby deposes and says:

1. I am the defendant in the above action and submit this Affidavit in support of the June 22, 2009 plea agreement between me and the United States Attorney's Office for the Eastern District of New York (the "Plea Agreement").

2. Paragraph 9 of the Plea Agreement requires me to disclose all my personal assets and assets of Gemini Fund I, L.P., Prima Capital Management Corp., DISP, LLC, Vibrant Capital Corp., and Edward T. Stein Associates, Ltd. to the United States on financial statements entitled "United States Department of Justice Financial Statements" (the "Financial Statements").

3. I have completed, to the best of my ability and recollection at this time, a Financial Statement related to my personal assets, which is attached hereto as Exhibit A.

4. With regard to Question 47, I have listed personal interests in the following entities: Route 109 Associates, Queens Lane Manor Associates, LP, Juice Wireless, East West Private Capital, Diversified Resources, LLC, and Grand Slam Ventures, LLC. I am still gathering documentation regarding the value of these interests and will provide additional documentation as it becomes available.

5. In addition, as part of my divorce settlement, I agreed to transfer my interest in Queens Lane Manor Associates, LP to my ex-wife, Ellen Stein, in or about April 2002. However, I continued to receive the payments and statements from the Queen Lane Associates LP interest.

6. At this time I am unable to complete the Financial Statements for Gemini Fund I, L.P., Prima Capital Management Corp., DISP, LLC, Vibrant Capital Corp., and Edward T. Stein Associates, Ltd. because the assets of these entities are controlled by H. Thomas Moran, II, who was appointed as Receiver for all of my assets and the assets of Gemini Fund I, L.P., Prima Capital Management Corp., DISP, LLC, Vibrant Capital Corp., and Edward T. Stein Associates, Ltd. on April 14, 2009 by the Honorable Gerard E. Lynch, United States District Judge for the Southern District of New York, in connection with a related civil action captioned *Securities and Exchange Commission v. Edward T. Stein, et. al.*, 09 Civ. 03125 (GEL) ("the SEC Civil Action").

7. Since the appointment of the Receiver in the SEC Civil Action, I have relinquished control of all of my assets and the assets of Gemini Fund I, L.P., Prima Capital Management Corp., DISP, LLC, Vibrant Capital Corp., and Edward T. Stein Associates, Ltd. I have maintained regular contact with the Receiver and his agents and have provided him with documents and other information on a timely basis as has been requested of me.

8. Because I no longer have control of the assets of Gemini Fund I, L.P., Prima Capital Management Corp., DISP, LLC, Vibrant Capital Corp., and Edward T. Stein Associates, Ltd., I cannot provide accurate, sworn Financial Statements for these entities.

9. However, I have provided the most recent available bank account statements for these entities, attached as Exhibit B. To the best of my knowledge, the amounts indicated on the bank account statements are the only assets of these entities.

_____
EDWARD T. STEIN

SWORN TO before me
this 22nd day of June 2009.

_____
Notary Public

ROSEMARY SETTEDUCATO
Notary Public, State of New York
No. 24-4678133
Qualified in New York County
Commission Expires Dec 31, 20_10_

FKKS: 380716.v1

2

13390.600