UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| -against- | ) 1:09-cv-03125-GEL |
| EDWARD T. STEIN, | ) |
| Defendant, | ) |
| -and- | ) |
| DISP, LLC,<br>EDWARD T. STEIN ASSOCIATES, LTD.,<br>G&C PARTNERSHIP JOINT VENTURE,<br>GEMINI FUND I, L.P.,<br>PRIMA CAPITAL MANAGEMENT, LLC,<br>VIBRANT CAPITAL CORP., and<br>VIBRANT CAPITAL FUNDING I LLC, | ) |
| Relief Defendants. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/09

## ORDER AUTHORIZING INITIATION AND ASSIGNMENT OF ACTION BY THE COURT-APPOINTED RECEIVER, H. THOMAS MORAN, II

The Court has before it for review and consideration the Receiver's proposed Complaint and request for assignment of the ancillary action to be initiated. The Receiver requests authority to appear and initiate an ancillary action in the performance of his duties under the Order Appointing Receiver entered in *Securities and Exchange Commission v. Edward T. Stein, et al.*, Case No. 1:09-cv-03125-GEL, which is currently pending before the Court. The Court, being fully advised in the premises for the authorization and assignment, authorizes the initiation and assignment of the ancillary

action proposed by the Receiver.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1) The Receiver is authorized, by and through his counsel Melvin R. McVay of Phillips Murrah P.C., to appear and initiate an ancillary action in the performance of the duties charged to him under the Order Appointing Receiver entered in the SEC Action; and

2) The Clerk of Court is hereby directed to assign or transfer the ancillary action filed by the Receiver to the undersigned.

Dated this __1st__ day of __September__, 2009.

_____
GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE

2