*Sullivan, J*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -against- | )   1:09-cv-03125-RJS |
| | ) |
| EDWARD T. STEIN, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| -and- | ) |
| | ) |
| DISP, LLC, | ) |
| EDWARD T. STEIN ASSOCIATES, LTD., | ) |
| G&C PARTNERSHIP JOINT VENTURE, | ) |
| GEMINI FUND I, L.P., | ) |
| PRIMA CAPITAL MANAGEMENT, LLC, | ) |
| VIBRANT CAPITAL CORP., and | ) |
| VIBRANT CAPITAL FUNDING I LLC, | ) |
| | ) |
| Relief Defendants. | ) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/10

## ORDER APPROVING SETTLEMENT AGREEMENT
## WITH CAROLYN TRAVIS GILSON

The RECEIVER'S MOTION AND MEMORANDUM IN SUPPORT OF AN ORDER

APPROVING A SETTLEMENT AGREEMENT WITH CAROLYN TRAVIS GILSON (the

"Settlement Motion") is now before the Court, Doc. No. 138.  H. Thomas Moran, II, as

receiver (the "Receiver") for the property and assets of the Defendant and Relief

Defendants (the "Estate") has negotiated a Settlement Agreement (the "Settlement

Agreement") with Carolyn Travis Gilson ("Gilson") to settle any and all disputes related

to certain funds claimed by the Receiver and Gilson (the "Settlement").  After due

deliberation, it appears that the relief requested in the Settlement Motion is in the best interests of the Estate.  Consequently, the Settlement Motion is hereby granted, and **THE COURT HEREBY FINDS AND ORDERS THAT:**

(a) Proper, timely, adequate and sufficient notice of the Settlement Motion has been provided by the Receiver and that no other or further notice of the Settlement Motion, or the proposed Settlement is or shall be required;

(b) The Settlement is in the best interests of the Estate; and

(c) The Settlement is approved and the Receiver is authorized to take all necessary action to carry the Settlement Agreement into effect.

The Clerk of the Court is directed to terminate the motion located at Doc. No. 138.

DATED: _May 27_, 2010

Richard J. Sullivan
UNITED STATES DISTRICT JUDGE