UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| -against- | ) ) | 1:09-cv-03125-RJS |
| EDWARD T. STEIN, | ) ) ) | |
| Defendant, | ) ) | |
| -and- | ) ) | |
| DISP, LLC, EDWARD T. STEIN ASSOCIATES, LTD., G&C PARTNERSHIP JOINT VENTURE, GEMINI FUND I, L.P., PRIMA CAPITAL MANAGEMENT, LLC, VIBRANT CAPITAL CORP., and VIBRANT CAPITAL FUNDING I LLC, | ) ) ) ) ) ) ) ) | |
| Relief Defendants. | ) | |

**RECEIVER'S MOTION TO ESTABLISH CLAIMS PROCEDURE
PLAN AND TO APPROVE CLAIM FORMS AND BRIEF IN SUPPORT**

# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br> -against-<br><br>EDWARD T. STEIN,<br><br>       Defendant,<br><br> -and-<br><br>DISP, LLC; *et al.*,<br><br>       Relief Defendants. | 1:09-cv-03125-RJS |

## NOTICE OF CLAIMS PROCEDURE

The Court in this case has approved a Claims Procedure for the submission, review and resolution of claims to the assets of Edward T. Stein, DISP, LLC; Edward T. Stein Associates, Ltd.; G&C Partnership Joint Venture; Gemini Fund I, L.P.; Prima Capital Management, LLC; Vibrant Capital Corp. and Vibrant Capital Funding I, LLC. Information concerning the Claims Procedure and forms necessary to submit a claim for consideration are available through the Receivership Website, http://www.esteinreceivership.com, or by contacting the Court-appointed Receiver H. Thomas Moran, II, by mail at P.O. Box 13278, Oklahoma City, OK 73113, by telephone at (405) 753-9100 or by email at receiver@esteinreceivership.com.

**ALL CLAIMS MUST BE RECEIVED BY THE RECEIVER
NO LATER THAN SEPTEMBER 30, 2010.**