Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>EDWARD T. STEIN,<br><br>Defendant,<br><br>-and-<br><br>DISP, LLC,<br>EDWARD T. STEIN ASSOCIATES, LTD.,<br>G&C PARTNERSHIP JOINT VENTURE,<br>GEMINI FUND I, L.P.,<br>PRIMA CAPITAL MANAGEMENT, LLC,<br>VIBRANT CAPITAL CORP., and<br>VIBRANT CAPITAL FUNDING I LLC,<br><br>Relief Defendants. | 1:09-cv-03125-RJS<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/5/10 |

**ORDER GRANTING RECEIVER'S MOTION TO ESTABLISH CLAIMS
PROCEDURE PLAN AND TO APPROVE CLAIM FORMS**

The Court has before it for review and consideration the "Receiver's Motion to Establish Claims Procedure Plan and to Approve Claim Forms" (Doc. No. 163) (the "Motion"). The Court, being fully advised in the premises and having reviewed the relevant filings in this matter, finds that the Motion should be granted.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Claims Procedure Plan provided for in the Motion and the exhibits attached to the Motion are

approved and the Receiver is authorized to take all actions necessary to carry the Claims Procedure Plan into effect.

Dated this 5th day of August, 2010.

*The Clerk of the Court is directed to terminate the motion located at Doc. No. 163.*

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE